**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO.: 3:18-cv-01483-BJD-PDB**

**ROBERT SANDERS,**

      **Plaintiff,**

**v.**

**GOTOBRAZILS WAXING CENTER,**
**INC., A Florida Profit Corporation,**

      **Defendant.**

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, ROBERT SANDERS, by and through his undersigned counsel, hereby notifies this Court that the Parties have reached a settlement in this case. The Parties are in the process of finalizing the Settlement and anticipate filing the requisite documents with the Court within the next fourteen (14) days.

Dated this 31st day of January, 2019.

Respectfully submitted,

RICHARD CELLER LEGAL, P.A.
10368 W. State Road 84
Davie, Florida 33324
Telephone: (866) 344-9243
Fax: 954-337-2771
E-Mail: noah@floridaovertimelawyer.com

*/s Noah E. Storch*
Noah E. Storch, Esq.
Florida Bar No.0085476

*Attorneys for Plaintiff*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a copy of same to all counsel of record.

*/s Noah E. Storch* __
Noah E. Storch, Esq.