UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT SANDERS,   CASE NO. 3:18-cv-1483-J-39PDB

    Plaintiff,

v.

GOTOBRAZILS WAXING CENTER, INC.,
a Florida Profit Corporation,

    Defendant.
_____/

**PARTIES' SUPPLEMENT TO JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE**

    Plaintiff, ROBERT SANDERS ("SANDERS"), and Defendant, GOTOBRAZILS WAXING CENTER, INC. ("GOTOBRAZILS") (Plaintiff and Defendants collectively referred to as "Parties"), hereby file this supplement to their joint motion for approval of the Parties' settlement [DE 12; DE 12-1] in the above-captioned matter. In accordance with the April 4, 2019 Order in this matter [DE 13], the Parties now submit this supplement, and in support thereof state as follows:

    1.    Per the terms of the joint motion and the agreement between the parties, GOTOBRAZILS agreed to pay "$5,000.00 to Plaintiff Robert Sanders as damages and consideration for a general release." [DE 12]

    2.    During the course of negotiations and after investigating and discussing the substance of the allegations in the complaint [DE 3], the Parties had previously agreed that $4,000 was an appropriate award for SANDERS' alleged damages.

3.  While there are no known remaining potential causes of action by SANDERS against GOTOBRAZILS other than those that have been presented in this action, GOTOBRAZILS prefers to secure a general release as a matter of policy.

4.  In addition, SANDERS sought the *neutral reference* language in the Parties' settlement agreement. [DE 12-1 ¶ 9].

5.  The additional $1,000 above the $4,000 for damages represents a negotiated amount between the Parties for GOTOBRAZILS to secure the general release and for SANDERS to secure the neutral reference language.

WHEREFORE, the Parties jointly and respectfully request that this Court (i) approve the settlement agreement between the Parties and (ii) dismiss this action with prejudice.

Respectfully submitted April 19, 2019.

| | |
|---|---|
| **RICHARD CELLER LEGAL, P.A.** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** |
| By: */s/ Noah E. Storch* <br> Noah E. Storch <br> Florida Bar No. 0085476 <br> *noah@floridaovertimelawyer.com* <br> 10368 W. SR. 84, Suite 103 <br> Davie, Florida 33324 <br> Telephone: (866) 344-9243 <br> Facsimile: (954) 337-2771 <br> **Counsel for Plaintiff** | By: */s/ Travis Halstead* <br> Travis Halstead <br> Florida Bar No. 0612901 <br> *thalstead@bakerdonelson.com* <br> SunTrust Center <br> 200 South Orange Avenue, Suite 2900 <br> Orlando, Florida 32801 <br> Telephone: (407) 422-6600 <br> Telecopier: (407) 841-0325 <br> **Counsel for Defendant** |